# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KELLY GAGER-HEINL, et al., | ) | CASE NO. 5:22-cv-109 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| FLYNN, KEITH & FLYNN LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons contained in the memorandum opinion filed contemporaneously herewith, defendant's motion to dismiss is granted. This case is closed.

**IT IS SO ORDERED**.

Dated: July 15, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**